

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-312-CV

ALEJANDRA VELAZQUEZ                                          APPELLANT

V.

JOSE MANUEL VELAZQUEZ                                         APPELLEE

----------

### FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Or Nonsuit Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution

issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  February 12, 2009

---

[1] *See* Tex. R. App. P. 47.4.